UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT DONLEY, ) | |
| Petitioner, ) | |
| v. ) | Case No. 05-1170 |
| DERWIN RYDER, Warden, ) | |
| Respondent. ) | |

# O R D E R

This matter is now before the Court on a Motion for a Certificate of Appealability by Petitioner, Robert Donley ("Donley"), from the denial of his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. For the reasons set forth below, the Court declines to issue a Certificate of Appealability.

## DISCUSSION

As amended by the Antiterrorism and Effective Death Penalty Act of 1996, 28 U.S.C. § 2253 now requires a certificate of appealability in cases arising under 28 U.S.C. § 2254. A certificate may only issue if the applicant makes a substantial showing of the denial of a constitutional right, and any certificate issued must specify what claim(s) merit appellate review.

In considering whether a certificate of appealability should issue, the Court notes that in denying Donley's § 2254 petition, the Court found that three of his seven claims alleged only violations of state laws or procedures and made no effort to establish or even

allege that the post-conviction judge's action have resulted in his being held in violation of the Constitution, laws, or treaties of the United States. Accordingly, such claims are non-cognizable in the present proceeding.

Donley's claims alleging ineffective assistance of counsel, failure to suppress confession, and failure to introduce evidence of his suicide attempts were procedurally defaulted for failure to present these claims through one complete round of review in the state courts. His failure to make any attempt to demonstrate actual prejudice or properly invoke the fundamental miscarriage of justice exception effectively barred these claims from federal review.

While the Court found that the claim that the judge had slept through a portion of Donley's trial was properly preserved for federal review, he is not entitled to federal habeas relief on this claim because he failed to establish that the state court's determination was either "contrary to" or an unreasonable application of the clearly established law of the United States Supreme Court, or premised on an unreasonable determination of the facts. His bald disagreement with the outcome of the state court proceedings is insufficient to merit relief.

Given that he has presented no claims that could be debatable among jurists of reason, Donley has failed to make a substantial showing of the denial of a constitutional right. Having found no issue in this proceeding which warrants appellate review, this Court cannot in good faith issue a certificate of appealability for his § 2254 Petition.

**CONCLUSION**

For the reasons set forth herein, the Court declines to issue a certificate of appealability, and Donley's Petition for Issuance of a Certificate of Appealability [#23] is DENIED.

ENTERED this 24th day of January, 2006.

                                                               s/Michael M. Mihm
                                                                Michael M. Mihm
                                                                United States District Judge